**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:16CR174 (AWT) |
| MARCUS TYSON | : | April 16, 2020 |

## MOTION FOR SENTENCE REDUCTION
## UNDER FIRST STEP ACT (COMPASSIONATE RELEASE)

Pursuant to Section 603 of the First Step Act of 2018, Pub. L. 115-391, 132 Stat. 5194 (2018) (amending 18 U.S.C. § 3582(c)(1)(A)(i)), Marcus Tyson respectfully moves that the Court order his immediate release from the custody of the Bureau of Prisons because his preexisting condition of asthma, sleep apnea and nasopharyngeal obstruction in combination with the COVID-19 pandemic places him at grave risk of serious illness and death.

Under the First Step Act of 2018, federal prisoners may now petition courts directly for reduction of their sentences, and judges may grant such requests if "extraordinary and compelling reasons" support reduction. *See* First Step Act of 2018, Section 603(b). Previously, courts could modify sentences under § 3582(c)(1)(A)(i) only upon motion of the U.S. Bureau of Prisons (BOP). Since the First Step Act was enacted, courts have granted relief under § 3582(c)(1)(A)(i) in numerous cases. Here, the Court has the authority to modify Mr. Tyson's sentence because "extraordinary and compelling" circumstances are present.

The Government is aware of this motion and is considering its position.

A memorandum and supporting exhibits are filed contemporaneously with this motion. Mr. Tyson respectfully requests that the Court consider this motion on an expedited basis.

Wherefore, Mr. Tyson respectfully requests that the Court grant his motion.

Respectfully Submitted,

THE DEFENDANT,

Marcus Tyson

FEDERAL DEFENDER OFFICE

/s/ Moira L. Buckley
Assistant Federal Defender
10 Columbus Boulevard, Fl. 6
Hartford, CT 06106
Phone: (860) 493-6260
Bar No.: CT18803
Email: Moira_Buckley@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to wall parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Moira L. Buckley
Moira L. Buckley