```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
v.                            :    CRIM. NO. 3:16CR174(AWT)
                              :
MARCUS TYSON                  :
                              :
------------------------------x
```

### ORDER DIRECTING IMMEDIATE RELEASE FROM CUSTODY

In a ruling filed today, the court granted the defendant's Motion for Sentence Reduction Under First Step Act (Compassionate Release). See ECF No. 216. Marcus Tyson's sentence has been reduced to time served pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

Accordingly, the Bureau of Prisons shall release the defendant from custody immediately. The defendant's conditions of supervised release are modified to add a condition that during the first six months of his term of supervised release he will be on home incarceration, with location monitoring, at his mother's home; provided that for the first 14 days he is at his mother's home he will be self-quarantined to minimize the risk of spread of COVID-19 in the community.

All other aspects of the sentence remain unchanged.

It is so ordered.

Signed this 30th day of April, 2020 at Hartford, Connecticut.

                                                 /s/AWT
                                    Alvin W. Thompson
                         United States District Judge